# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:14-cv-01922-AWI-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Doc. 13) |

　　　　Plaintiff Homer Earl Hawkins ("Plaintiff"), a state prisoner proceeding pro se, filed this civil action in Kings County Superior Court on July 7, 2014.  Plaintiff sought relief in the main pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12131, and the Rehabilitation Act, 29 U.S.C. § 794; and Defendants Davis and Carr filed a Notice of Removal on December 3, 2014.  28 U.S.C. § 1441(a).  On October 28, 2015, the Magistrate Judge screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and dismissed it, with leave to amend, for failure to state a claim.  On November 12, 2015, Plaintiff filed an Amended Complaint.

　　　　The sole allegation arguably responsive to the screening order is as follows: "Is that the Spirit of the Laws is that Sovereign, Plaintiff was hurt by not having Medical Compliance to his BACK & SPINE Brace, and the Rights along was a Violation by Damaging to his Property." (Amend. Comp., 2:17-20.)  This sentence does not state claim under the Eighth Amendment of the United States Constitution, the Americans with Disabilities Act, or the Rehabilitation Act.  Lemire

v. California Dep't of Corr. and Rehab., 726 F.3d 1062, 1074 (9th Cir. 2013); Simmons v. Navajo Cnty., 609 F.3d 1011, 1021-22 (9th Cir. 2010); Lovell v. Chandler, 303 F.3d 1039, 1052 (9th Cir. 2002).  The remainder of Plaintiff's Amended Complaint is devoted to the invocation of irrelevant, non-responsive statements indicating sovereign citizen ideology, along with citation to inapposite authority.  See United States v. Daniels, 803 F.3d 335 (7th Cir. 2015); United States v. Neal, 776 F.3d 645, 657 n.10 (9th Cir. 2015) (citing United States v. Mitchell, 405 F.Supp.2d 602, 603-06 (D. Md. 2005) for description of "'sovereign citizen' belief system").  Plaintiff's Amended Complaint fails to state any claims upon which relief may be granted.  Given the content of Plaintiff's amendment complaint, the Court lacks confidence that an additional opportunity to amend would result in the filing of a coherent pleading.  Akhtar v. Mesa, 698 F.3d 1202, 1212-13 (9th Cir. 2012); Telesaurus VPC, LLC v. Power, 623 F.3d 998, 1003 (9th Cir. 2010).

**ORDER**

Accordingly, this action is HEREBY DISMISSED, with prejudice, for failure to state a claim, and the Clerk of the Court shall enter judgment in favor of the defendants.  28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   November 13, 2015                    _____
                                              SENIOR DISTRICT JUDGE